IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-00295-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| $107,702.66 IN U.S. CURRENCY ) | |
| *seized from Lumbee Guaranty Bank* ) | |
| *Account Number 82002495*, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on Plaintiff's Motion to Suspend Rule 26(f) Deadline, filed on May 21, 2015 [DE-21]. Plaintiff asks the court to suspend the deadlines under Fed. R. Civ. P. 26(f) for the conference of parties and discovery plan due to Plaintiff's pending Motion for Voluntary Dismissal, filed on May 13, 2015 [DE-18]. Pl.'s Mot. [DE-21] at 1. In the court's earlier Order for Discovery Plan, the court directed the parties to hold the Rule 26(f) Meeting by May 30, 2015, and file their discovery plan within fourteen (14) days after the Rule 26(f) meeting. Apr. 30, 2015 Order [DE-14]. Claimants consent to the suspension of the Rule 26(f) deadlines. Pl.'s Mot. [DE-21] at 1.

Good cause having been shown, the court grants Plaintiff's motion to suspend the Rule 26(f) deadlines. However, if the case continues beyond the resolution of Plaintiff's Motion for Voluntary Dismissal, the parties shall hold the Rule 26(f) meeting within **thirty (30) days** of the resolution of that motion, and file their discovery plan within **fourteen (14) days** after the Rule 26(f) meeting.

So ordered, the 26th day of May, 2015.

Robert B. Jones, Jr.
United States Magistrate Judge

2