UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>)<br>)<br>v. )<br>)<br>$107,702.66 in UNITED STATES CURRENCY )<br>SEIZED FROM LUMBEE GUARANTY BANK )<br>ACCOUNT NUMBER 82002495, )<br>       Defendant. ) | **AMENDED JUDGMENT**<br>**CASE NO. 7:14-CV-295-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Government's Motion for Voluntary Dismissal Without Prejudice [DE-18] is DENIED. This action is DISMISSED with prejudice, and the Clerk of Court is DIRECTED to close this case. The Government's motion for issuance of a certificate of reasonable cause is ALLOWED.

**This Judgment Filed and Entered on February 2, 2016, and Copies To:**

G. Norman Acker, III  (via CM/ECF Notice of Electronic Filing)
Stephen A. West  (via CM/ECF Notice of Electronic Filing)
Robert E. Johnson  (via CM/ECF Notice of Electronic Filing)
Scott G. Bullock  (via CM/ECF Notice of Electronic Filing)
Wesley P. Hottot  (via CM/ECF Notice of Electronic Filing)
Anthony J. Biller  (via CM/ECF Notice of Electronic Filing)

DATE                                           **JULIE RICHARDS JOHNSTON, CLERK**
February 2, 2016                         /s/ Susan K. Edwards
                                                (By) Susan K. Edwards, Deputy Clerk